## RECONSIDERATION DOCKET

**93–1245.** State v. Loza. *Butler County,* No. CA91–11–0198. Reported at 71 Ohio St.3d 61, 641 N.E.2d 1082. On motion for reconsideration. Motion denied.

**94–536.** Disciplinary Counsel v. Furtado. Reported at 71 Ohio St.3d 20, 641 N.E.2d 184. On motion for reconsideration. Motion denied.

**94–1705.** Bourekis v. Saidel & Assoc. *Montgomery County,* No. 14105. Reported at 71 Ohio ·St.3d 1411, 641 N.E.2d 1110. On motion for reconsideration. Motion denied.
DOUGLAS and RESNICK, JJ., dissent.

**94–2167.** State ex rel. Cossett v. Clinton. In Prohibition. Reported at 71 Ohio St.3d 1411, 641 N.E.2d 1110. On motion for reconsideration. Motion denied.